**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

JULIA CHAPRTON, on behalf of herself and all others similarly situated,

         Plaintiff (s),

-against-

SONTAG & HYMAN, P.C. and JOHN DOES 1-25,

         Defendant (s).

-----------------------------------------------------------X



19 **CIVIL** 8663 (JSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 16, 2019, the motion to dismiss is granted and the complaint is dismissed with prejudice.

**Dated:** New York, New York
        December 18, 2019

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/18/2019